

FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0125

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0125

ROBERT G. HORNBACK,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

FILED

MAR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Chad Wright, Appellate Defender, has petitioned for an out-of-time appeal from the Order Denying Petitioner's Motion to Withdraw Guilty Plea entered September 23, 2019, by the Nineteenth Judicial District Court, Lincoln County, in Cause No. DV 18-02. The Attorney General's Office does not oppose this petition.

Hornback, representing himself, filed a petition for habeas corpus, which became Cause No. DV 18-02 in the District Court. Hornback's petition challenged his conviction and sentence as a persistent felony offender in Cause No. DC 87-72. The District Court granted Hornback's petition and set a resentencing hearing.

Hornback obtained appointed counsel and moved to withdraw his guilty plea he had entered in DC 87-72. The District Court denied the motion on September 23 2019, but entered the denial order in DV 18-02. The court then held the resentencing hearing on December 3, 2019, and entered its amended sentence in both DC 87-72 and DV 18-02.

On January 3, 2020, Hornback timely filed a notice of appeal from DC 87-72. He now seeks leave under M. R. App. P. 4(5) to file an out-of-time appeal from DV 18-02 because he alleges the cases are interconnected and the December 3, 2019 resentencing order affects both. Wright asserts that if the Court grants this petition, Hornback will consolidate DC 87-72 and DV 18-02 into one case on appeal.



We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice." If this Court were to reject Hornback's untimely notice of appeal in this case, the interconnected nature of these matters could adversely affect his rights as to the timely filed appeal.

Therefore,

IT IS ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant shall have thirty days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 10 day of March, 2020.

Justices

2